UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Nichole Kruse,

                Defendant.

---

7:16-MJ-7649(MRG)

**JUDGMENT**

     The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on April 20, 2017, accepted the defendant's plea of guilty to a charge of violating NYS VTL §1227, Driving on a roadway designated and signposted for one-way traffic, and §1146, Failing to Exercise Due Care, in full satisfaction of the Misdemeanor Complaint filed on November 30, 2016, it is,

     ORDERED, ADJUDGED AND DECREED: The Court sentenced the Defendant to pay a fine in the amount of $100.00 for each count for a total of fine of $200.00, and complete one hundred (100) hours of community service.

Dated: Sept 7, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge